# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br>McQuillen Place Company, LLC | Bankruptcy No:<br>19–00507 |
| Debtor(s). | Chapter 7 |
| First Security Bank & Trust Company<br>*Plaintiff(s)* | Adversary No. 20–09040 |
| vs. | |
| James A. Gray<br>*Defendant(s)* | |

## NOTICE SETTING TELEPHONIC HEARING
## ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOC. 16)

TO:
Eric W. Lam, Attorney for Plaintiff(s)     319–366–7641
Peter C. Riley, Attorney for Defendant(s)     319–363–4040
United States Trustee

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

### *March 12, 2021 at 10:30 AM*

*ATTORNEY FOR PLAINTIFF IS TO INITIATE THE TELEPHONE CALL.* Parties should be ready and available to accept said call. The telephone number for Chambers is 319–286–2230.

*NOTE:* THIS HEARING WILL BE DIGITALLY RECORDED.

SHARON K. MULLIN
Clerk, Bankruptcy Court
by:

*(signed) Danielle Cripe*

Date: January 28, 2021     Deputy Clerk

320 Sixth Street Rm 126
Sioux City, IA 51101